IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| PETER PEDERSEN, | § | |
|     PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. 1:23-CV-071-LY |
| | § | |
| ZOHO CORPORATION, | § | |
|     DEFENDANT. | § | |
| | § | |

**FILED**
JAN 2 4 2023
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

## ORDER STAYING CASE

**IT IS HEREBY ORDERED** that the above-referenced cause is **STAYED** pending further order of this court.

SIGNED this _24th_ day of January, 2023.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE