IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
APR 2 4 2023

| | | |
|---|---|---|
| PETER PEDERSEN, | § | |
| PLAINTIFF, | § | |
| | § | CAUSE NO. 1:23-CV-071-LY |
| V. | § | |
| | § | |
| ZOHO CORPORATION, | § | |
| DEFENDANT. | § | |

### ORDER

**IT IS HEREBY ORDERED** that the stay imposed by this court on January 24, 2023 (Doc. #25), is **LIFTED**.

SIGNED this 24th day of April, 2023.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE