IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| PETER PEDERSEN,<br>　　　*Plaintiff*,<br><br>v.<br><br>ZOHO CORPORATION,<br>　　　*Defendant*. | § § § § § § § § § § § §　Case No. 1:23-cv-00071-ADA |

### ORDER GRANTING DEFENDANT'S MOTION TO STAY PENDING *INTER PARTES* REVIEW

Before the Court is Defendant Zoho Corporation's Motion to Stay Pending *Inter Partes* Review. ECF No. 29 (the "Motion"). Zoho filed its Motion on May 31, 2023. *Id.* Ordinarily, non-movants have 7 days to file a response. *See* Local Rule CV-7(D)(2) ("A response to a discovery or case management motion shall be filed not later than 7 days after the filing of the motion."). Plaintiff Peter Pedersen's ("Pedersen's") response was due on June 7, 2023, but no response was filed. Zoho filed a Notice of Non-Opposition to Motion to Stay on June 8, 2023, requesting the Court grant the Motion as unopposed. ECF No. 32. (citing Local Rule CV-7(D)(2) ("If there is no response filed within the time period prescribe this rule, the court may grant the motion as unopposed.")).

Zoho also argues that Pedersen's lack of urgency to prosecute and failure to timely respond are a pattern, noting that the Court granted Zoho's Motion to Transfer this case after Pedersen failed to timely respond in opposition. *Id.* at 1–2. The Court agrees, and notes that as of June 23, 2023, Pedersen still has not responded to the Motion or Zoho's Notice of Non-Opposition. Accordingly, the Court will treat the Motion as unopposed.

1

Because Defendant Zoho Corporation's Motion to Stay Pending *Inter Partes* Review (ECF No. 29) is unopposed, the Court **GRANTS** the Motion. **IT IS HEREBY ORDERED** that this case is **STAYED** until resolution of all pending *inter partes* reviews of U.S. Patent No. 6,965,920.

**SIGNED** this 23rd day of June, 2023.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE