UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

|  |  |  |
|---|---|---|
| PETER PEDERSON | ) ) ) | Civil Action No. 1:23-cv-00071-ADA |
| *Plaintiff,* | ) ) |  |
| v. | ) ) | JURY TRIAL |
| ZOHO CORPORATION | ) ) ) |  |
| *Defendant* | ) ) |  |

**NOTICE OF APPEARANCE AS COUNSEL FOR PLAINTIFF**

An appearance is hereby filed by the undersigned attorney as counsel for Plaintiff, Pederson, by undersigned counsel:

> Joseph J. Zito
> Whitestone Law
> 1850 Towers Crescent Plaza, #550
> Tysons, VA 22182
> 202-466-3500
> jzito@whitestone.law

I am member in good standing of the US District Court for the Western District of Texas.

Executed on October 9, 2023                                Respectfully submitted,


                                                                         /s/ Joseph J. Zito
                                                                    Joseph J. Zito
                                                                    Whitestone Law
                                                                    1850 Towers Crescent Plaza, #550
                                                                    Tysons, Virginia 22182
                                                                    202-466-3500
                                                                    jzito@whitestone.law
                                                                    *Attorneys for Plaintiff*
                                                                    *Peter Pederson*

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on October 9, 2023 the foregoing Notice of Appearance was filed with the Clerk of Court using the CM/ECF system, which send a notification of such filing to counsel of record.

                                                            /s/ Joseph J. Zito
                                                            Joseph J. Zito