UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| PETER PEDERSEN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ZOHO CORPORATION,<br><br>　　　　Defendant. | CIVIL ACTION NO. 1:23-cv-00071-ADA |

# PLAINTIFF'S CERTIFICATE OF INTERSTED PERSONS

Plaintiff PETER PEDERSEN, pursuant to Fed.R.Civ.P. 7.1, certifies interested persons and discloses affected corporate entities.

The undersigned counsel of record for Plaintiff certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party and any other entities having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

1. Peter Pedersen　　　　　　　　　　　　　　　　　Plaintiff
2. There is no public corporation owning 10% or more of Plaintiff.
3. Whitestone Law

Submitted this 25th day of January, 2024.

                                          Respectfully submitted,

                                          */s/ Joseph J. Zito*
                                          Joseph J. Zito
                                          202-466-3500
                                          jzito@whitestone.law
                                          **WHITESTONE LAW**
                                          1850 Towers Crescent Plaza, #550
                                          Tysons, Virginia 22182

                                          *Attorney for Peter Pedersen*

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing *Plaintiff's Certificate of Interested Persons and Corporate Disclosure Statement* with the Clerk of Court for filing and uploading to the CM/ECF system, which will automatically send e-mail notification of such filing to the appropriate parties and opposing counsel of record.

This 25th day of January, 2024.

        Respectfully submitted,

        */s/ Joseph J. Zito*
        Joseph J. Zito
        202-466-3500
        jzito@whitestone.law
        **WHITESTONE LAW**
        1850 Towers Crescent Plaza, #550
        Tysons, Virginia 22182

        *Attorney for Peter Pedersen*