UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| PETER PEDERSEN, *Plaintiff*,<br><br>v.<br><br>ZOHO CORPORATION,<br><br>*Defendant* | Civil Action No. 1:23-cv-00071-ADA<br><br>JURY TRIAL |

**NOTICE OF TERMINATION OF COUNSEL FOR PLAINTIFF**

Plaintiff, Peter Pedersen, through undersigned counsel, hereby notify the Court that William P. Ramey is no longer engaged as counsel for Plaintiff in this matter. Plaintiff respectfully requests that Mr. Ramey be withdrawn as counsel in this matter. Plaintiff will continue to be represented by current lead counsel, Mr. Zito.

CERTIFICATE OF CONFERENCE

Plaintiff's counsel has conferred with counsel for Defendants and there is no objection to the above.

January 26, 2024

Respectfully submitted,

  /s/ Joseph J. Zito
Joseph J. Zito
Whitestone Law
1850 Towers Crescent Plaza, #550
Tysons, Virginia 22182
202-466-3500
jzito@whitestone.law
*Attorney for Plaintiff*
*Peter Pederson*

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on January 26, 2024 the foregoing Notice of Termination was filed with the Clerk of Court using the CM/ECF system, which send a notification of such filing to counsel of record.

                                                     /s/ Joseph J. Zito  
                                                     Joseph J. Zito