United States District Court

Western District of Texas

Austin

**Deficiency Notice**

| | |
|---|---|
| To: | Zito, Joseph J. |
| From: | Court Operations Department, Western District of Texas |
| Date: | Friday, January 26, 2024 |
| Re: | 01:23-CV-00071-ADA / Doc # 36 / Filed On: 01/26/2024 11:53 AM CST |

Pursuant to the <u>Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed.  However, it is deficient in the area(s) checked below.  Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY**.  When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text.  If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Other
   Remarks: Withdrawal of counsel must be done by Motion to Withdraw as Attorney and include a proposed order (omitting the word "proposed" from the order's title. Please refile as a motion. Additionally you will need to refile the same in all cases where Mr. Ramey is being withdrawn. PLEASE CORRECT THE DIVISION IN CASE STYLE