UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| PETER PEDERSEN ) | Civil Action No. 1:23-cv-00071-ADA |
| *Plaintiff*, ) | |
| v. ) | |
| ) | JURY TRIAL |
| ZOHO CORPORATION ) | |
| *Defendant* ) | |

**PARTIES JOINT STATUS REPORT**

The Parties submit the following Joint Status Report regarding the stay of this matter pending the IPR proceedings at the USPTO.

The final decision in the IPR was issued on May 10, 2024 and the USPTO found all challenged claims (claims 1 and 14-17) invalid. This Court previously found claims 12 and 13 of the patent at issue (U.S. Patent No. 6,965,920 B2) indefinite. The remaining 10 claims of the patent at issue currently remain valid.

Plaintiff is currently deciding whether to appeal the IPR decision and keep the stay of the District Court litigation in place, or not appeal the IPR decision and resume the district court litigation with the 10 remaining claims.

The parties propose submitting a status report in 30 days to provide time for Plaintiff to determine a course of proceeding and for the parties to discuss resolution.

Executed on May 29, 2024                             Respectfully submitted,

                                                /s/ Joseph J. Zito
                                                Joseph J. Zito
                                                DNL Zito
                                                1250 Connecticut Ave, NW Suite 700
                                                Washington DC, DC 20036
                                                jzito@dnlzito.com
                                                Phone: (202) 466-3500
                                                *Attorney for Plaintiff*

By:    /s/ *Ryan Marton*
          Ryan Marton (admitted *pro hac vice*)
          ryan@martonribera.com
          MARTON RIBERA SCHUMANN & CHANG LLP
          548 Market Street, Suite 36117
          San Francisco, CA 94104
          Telephone:  (415) 360-2515

          Darryl J. Adams (TX Bar No. 00796101)
          dadams@sgbfirm.com
          SLAYDEN GRUBERT BEARD PLLC
          401 Congress Ave., Suite 1650
          Austin, TX 78701
          Tel: 512.402.3550
          Fax: 512.402.6865

          *Attorneys for Defendant Zoho Corporation*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on May 29, 2024 the foregoing Joint Status Report was filed with the Clerk of Court using the CM/ECF system, which sends a notification of such filing to counsel of record.

                                                  /s/ Joseph J. Zito
                                                  Joseph J. Zito