UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

|  |  |  |
|---|---|---|
| PETER PEDERSEN | ) | Civil Action No. |
| *Plaintiff,* | ) | |
| v. | ) | 6:23-cv-00071-ADA-DTG |
|  | ) | |
| ZOHO CORPORATION | ) | |
| *Defendant* | ) | |
|  | ) | |

ORDER
ON MOTION FOR WITHDRAW OF PLAINTIFF'S ATTORNEY

The Court, having considered Plaintiff Counsel's Motion to withdraw and all other evidence of record grants the Motion. Mr. Joseph J. Zito is hereby discharged from representing Plaintiff Pedersen in the above referenced cause and all related causes.

_____                                  _____
Date                                            Judge Presiding