# Exhibit 1

**Subject:** Re: FW: Pedersen v. Zoho SECOND Status Report
**Date:** Monday, June 24, 2024 at 10:30:15 AM Pacific Daylight Time
**From:** Joseph Zito
**To:** Ryan Marton, Darryl Adams
**CC:** Phil Haack, Erik Lund, Elsbeth Norman

Currently, Mr. Ramey remains counsel.  That decision is in the hands of Mr. Pedersen and Mr. Ramey.  I will let them know of the current status.  It may be that Mr. Pedersen intends to reengage Mr. Ramey as counsel moving forward.  I am not privy to that decision.

```
Joseph J. Zito
DNL ZITO
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
202-466-3500
```
jzito@dnlzito.com

On 6/24/2024 1:26 PM, Ryan Marton wrote:

> Joseph,
>
> You filed the defective withdrawal of Ramey – which was rejected.  Someone from your side (Pedersen, Ramey or you) should clean that up so it is clear who is counsel of record for plaintiff.
>
> Thanks,
> Ryan
>
> **From:** Joseph Zito <jzito@dnlzito.com>
> **Date:** Monday, June 24, 2024 at 9:59 AM
> **To:** Ryan Marton <ryan@martonribera.com>, Darryl Adams <dadams@sgbfirm.com>
> **Cc:** Phil Haack <phaack@martonribera.com>, Erik Lund <elund@whitestone.law>, Elsbeth Norman <enorman@whitestone.law>
> **Subject:** Re: FW: Pedersen v. Zoho SECOND Status Report
>
> Thank you for noting the typos.
>
> Mr. Ramey is responsible for his withdrawal or lack thereof..
>
> ```
> Joseph J. Zito
> DNL ZITO
> 1250 Connecticut Avenue, NW
> Suite 700
> Washington, DC 20036
> 202-466-3500
> ```
> jzito@dnlzito.com
>
> On 6/24/2024 12:13 PM, Ryan Marton wrote:

Jospeh,

We do not oppose your withdrawal from the case. However, we do oppose any further stay of the case. In addition, the caption of your proposed motion incorrectly states that the case is in the Waco Division.  Our case is in the Austin Division.  Also, the case number is wrong in your caption.  Our case number is 1:23-cv-00071.  Also, your termination of Ramey in January was rejected, so technically he is still counsel of record.  You may want to correct that before you withdraw.

Please let me know if you would like to discuss.

Thanks,
Ryan


Ryan Marton
Marton Ribera Schumann & Chang LLP
martonribera.com
415.827.1712

---

**From:** Joseph Zito <jzito@dnlzito.com>
**Date:** Monday, June 24, 2024 at 2:09 AM
**To:** Ryan Marton <ryan@martonribera.com>, Darryl Adams <dadams@sgbfirm.com>
**Cc:** Phil Haack <phaack@martonribera.com>, Erik Lund <elund@whitestone.law>, Elsbeth Norman <enorman@whitestone.law>
**Subject:** Re: FW: Pedersen v. Zoho SECOND Status Report

Counsel, please let me know if you have any opposition to the filing of my attached Motion to withdraw.

We intend to file tomorrow Tuesday June 25.


```
Joseph J. Zito
DNL ZITO
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
202-466-3500
jzito@dnlzito.com
```
On 6/21/2024 9:17 AM, Joseph Zito wrote:

> Please use my primary e-mail:  **jzito@dnlzito.com**  for

all future communications.

My whitestone law e-mail is being retired on July 31.

Is Zoho agreeable to file the joint status report?

```
Joseph J. Zito
DNL ZITO
1250 Connecticut Avenue, NW Suite 700
Washington, DC 20036
202-466-3500
jzito@dnlzito.com
```
On 6/20/2024 11:09 AM, Ryan Marton wrote:

> Joseph,
>
> Thanks for your email. Zoho is not willing to pay any money to settle this case.
>
> Best,
> Ryan
>
> Ryan Marton
> Marton Ribera Schumann & Chang LLP
> martonribera.com
> 415.827.1712
>
> ---
>
> **From:** Joseph J. Zito <jzito@whitestone.law>
> **Date:** Wednesday, June 19, 2024 at 8:25 AM
> **To:** Ryan Marton <ryan@martonribera.com>, Elsbeth Norman <enorman@whitestone.law>, Darryl Adams <dadams@sgbfirm.com>
> **Subject:** Re: FW: Pedersen v. Zoho SECOND Status Report
>
> Counsel:
>
> Mr. Pedersen has made a determination on proceeding against Zoho.

Mr. Pedersen has requested that we contact you one last time in a final effort to resolve this matter without the need to reopen the litigation.    Mr. Pedersen is willing to accept $75,000 in full resolution, past and future, with some of the current defendants so that fewer cases need to be taken to trial. We need to hear back from you as soon as possible and to try and get this matter resolved before July 12. We look forward to discussions with you regarding resolution.

We have attached a Status Report for your review to reflect the current determination and to maintain the stay through August 15.  Please let us have any comments or red-lines so that we can get this status report filed shortly.

```
Joseph J. Zito
WHITESTONE LAW
Suite 550
1850 Towers Crescent Plaza
Tysons, Virginia 22182
jzito@whitestone.law
202-466-3500
```

On 5/23/2024 11:57 PM, Ryan Marton wrote:

> Elsbeth and Joseph, It looks like you filed one of the earlier versions of the joint status report.  Can you file the amended one reflecting what we agreed to be filed (attached). Thanks, Ryan
>
> ---
>
> **From:** Ryan Marton <ryan@martonribera.com>
> **Date:** Thursday, May 23, 2024 at 12:53 PM
> **To:** Elsbeth Norman <enorman@whitestone.law>, dadams@sgbfirm.com <dadams@sgbfirm.com>
> **Cc:** Joseph J. Zito <jzito@dnlzito.com>
> **Subject:** Re: Pedersen v. Zoho Joint Status Report
>
> Eslbeth, one more edit in the

attached.  You can file this one – not the earlier versions.  Thanks,
Ryan

---

**From:** Ryan Marton <ryan@martonribera.com>
**Date:** Thursday, May 23, 2024 at 11:24 AM
**To:** Elsbeth Norman <enorman@whitestone.law>, dadams@sgbfirm.com <dadams@sgbfirm.com>
**Cc:** Joseph J. Zito <jzito@dnlzito.com>
**Subject:** Re: Pedersen v. Zoho Joint Status Report

Eslbeth, one more edit in the attached.  You can file this one – not the earlier version.  Thanks,
Ryan

---

**From:** Ryan Marton <ryan@martonribera.com>
**Date:** Thursday, May 23, 2024 at 11:14 AM
**To:** Elsbeth Norman <enorman@whitestone.law>, dadams@sgbfirm.com <dadams@sgbfirm.com>
**Cc:** Joseph J. Zito <jzito@dnlzito.com>
**Subject:** Re: Pedersen v. Zoho Joint Status Report

Eslbeth,

Zoho's edits are in redline.

With these you can file.

Thanks,
Ryan

Ryan Marton
Marton Ribera Schumann & Chang LLP
martonribera.com
415.827.1712

---

**From:** Elsbeth Norman <enorman@whitestone.law>
**Date:** Thursday, May 23, 2024 at 8:38 AM
**To:** dadams@sgbfirm.com <dadams@sgbfirm.com>, Ryan Marton <ryan@martonribera.com>, Shannon Kumagai <shannonkumagai@martonribera.com>
**Cc:** Joseph J. Zito <jzito@dnlzito.com>
**Subject:** Pedersen v. Zoho Joint Status Report

Counsel,

Please review the attached proposed Joint Status Report and add your signature blocks and any redlines you may have then let us know if it is acceptable to file.

Sincerely,

**Elsbeth Norman**
Paralegal
Whitestone Law, PLLC
1850 Towers Crescent Plaza | Suite 550
Tysons, VA 22182
T: +1 (703) 261-9101
F: +1 (703) 890-9418

NOTICE: This communication

may contain confidential, privileged or attorney work product information for the sole use of the intended recipient. Because mistakes can happen, if you believe you are not the intended recipient please notify the sender and delete all copies of this communication, including any attachments. Marton Ribera Schumann & Chang LLP reserves and asserts all confidentiality rights and privileges regarding this communication.

NOTICE: This communication may contain confidential, privileged or attorney work product information for the sole use of the intended recipient. Because mistakes can happen, if you believe you are not the intended recipient please notify the sender and delete all copies of this communication, including any attachments. Marton Ribera Schumann & Chang LLP reserves and asserts all confidentiality rights and privileges regarding this communication.

NOTICE: This communication may contain confidential, privileged or attorney work product information for the sole use of the intended recipient. Because mistakes can happen, if you believe you are not the intended recipient please notify the sender and delete all copies of this communication, including any attachments. Marton Ribera Schumann & Chang LLP reserves and asserts all confidentiality rights and privileges regarding this communication.

NOTICE: This communication may contain confidential, privileged or attorney work product information for the sole use of the intended recipient. Because mistakes can happen, if you believe you are not the intended recipient please notify the sender and delete all copies of this communication, including any attachments. Marton Ribera Schumann & Chang LLP reserves and asserts all confidentiality rights and privileges regarding this communication.