IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| PETER PEDERSEN,<br><br>    Plaintiff,<br><br>v.<br><br>ZOHO CORPORATION,<br><br>    Defendant. | CASE NO. 1:23-cv-00071-ADA<br><br>JURY TRIAL DEMANDED |

## MOTION FOR WITHDRAWAL OF PLAINTIFF'S ATTORNEYS

William Ramey individually, and Ramey LLP (collectively, "Ramey Lawyers"), prior counsel for Plaintiff Peter Pedersen ("Petersen") in this matter, moves the Court to formally withdraw as counsel for Petersen.

Joseph J. Zito made an appearance for Pedersen on October 9, 2023, ECF No. 34 and subsequently filed a Notice of Termination of William P. Ramey, III of Ramey LLP on January 26, 2024, ECF No. 36 replacing Ramey Lawyers in this case.

William Ramey, III individually, and Ramey LLP respectfully requests that the court terminate representation and notifications of service regarding this case.

A proposed Order for the relief sought is attached hereto.

                                              **Ramey LLP**

                                              By: /s/ William P. Ramey, III
                                                     William P. Ramey, III
                                                     Texas Bar No. 24027643
                                                     5020 Montrose Blvd., Suite 800
                                                     Houston, Texas 77006
                                                     (713) 426-3923 (telephone)
                                                     wramey@rameyfirm.com

                                              ***Attorneys for Peter Petersen***

1

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rules, William Ramey, conferenced with counsel for Defendant by e-mail on June 27, 2024 regarding the filing of this Motion, they are unopposed.

/s/ William P. Ramey, III
William P. Ramey, III

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that all counsel of record who have appeared in this case are being served on this day of June 27, 2024 with a copy of the foregoing via email or ECF.

/s/ William P. Ramey, III
William P. Ramey, III