IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **PETER PEDERSEN,** | |
| Plaintiff, | CASE NO. 1:23-cv-00071-ADA |
| v. | |
| **ZOHO CORPORATION,** | JURY TRIAL DEMANDED |
| Defendant. | |

### ORDER on MOTION FOR WITHDRAWAL OF PLAINTIFF'S ATTORNEY

The Court, having considered Plaintiff's Motion to withdraw and all other evidence of record grants the Motion. The law firm of Ramey LLP and all of their attorneys, including William P. Ramey, III are hereby discharged from representing Peter Pedersen in the above referenced cause and all related causes.

_____          _____
Date                                                                                      Judge Presiding