**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| Peter Pedersen | |
| Plaintiff, | Civil Action No. 1:23-cv-00071-ADA |
| v. | The Honorable Alan D. Albright |
| Zoho Corporation | |
| Defendant | |

**ORDER GRANTING JOINT MOTION TO STAY PENDING APPEAL OF
*INTER PARTES* REVIEW OF THE ASSERTED PATENT**

Before the Court is the Parties' Joint Motion to Stay Pending the Appeal of *Inter Partes* Review of the Asserted Patent. After consideration, the Court **GRANTS** the Motion.

**IT IS HEREBY ORDERED** that this case is hereby **STAYED** in its entirety until such time as the United States Federal Circuit Court of Appeals issues a Judgment in Federal Circuit Appeal No. 2024-2090.

**IT IS FURTHER ORDERED** that the Parties shall notify the Court no later than within (5) business days of the Judgment in the above referenced appeal.

**SIGNED** this 25th day of September, 2024.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE