**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| PETER PEDERSEN,<br><br>    Plaintiff,<br><br>        v.<br><br>ZOHO CORPORATION,<br><br>    Defendant. | Civil Action No. 1:23-cv-00071-ADA |

**<u>REVISED SCHEDULING ORDER</u>**

Under the Court's order dated April 7, 2026, and based upon the agreement of the parties,

the Court ORDERS that the following revised schedule will govern deadlines up to and including

the trial of this matter:

| Deadline | Item |
|---|---|
| May 12, 2026 | Plaintiff to serve revised preliminary infringement contentions |
| July 17, 2026 | Defendant serves preliminary invalidity contentions in the form of (1) a chart setting forth where in the prior art references each element of the asserted claim(s) are found, (2) an identification of any limitations the Defendant contends are indefinite or lack written description under section 112, and (3) an identification of any claims the Defendant contends are directed to ineligible subject matter under section 101.<br><br>Defendant shall also produce (1) all prior art referenced in the invalidity contentions, and (2) technical documents, including software where applicable, sufficient to show the operation of the accused product(s). |
| July 23, 2026 | Parties exchange claim terms for construction. |
| August 6, 2026 | Parties exchange proposed claim constructions. |
| August 13, 2026 | Parties disclose extrinsic evidence. The parties shall disclose any extrinsic evidence, including the identity of any expert witness they may rely upon with respect to claim construction or indefiniteness. |

| | With respect to any expert identified, the parties shall identify the scope of the topics for the witness's expected testimony.[1] With respect to items of extrinsic evidence, the parties shall identify each such item by production number or produce a copy of any such item if not previously produced. |
|---|---|
| August 20, 2026 | Deadline to meet and confer to narrow terms in dispute and exchange revised list of terms/constructions. |
| August 27, 2026 | Defendant files Opening claim construction brief, including any arguments that any claim terms are indefinite. |
| September 10, 2026 | Plaintiff files Responsive claim construction brief. |
| September 24, 2026 | Defendant files Reply claim construction brief.<br><br>Parties to jointly email the law clerks (*see* OGP at 1) to confirm their *Markman* date and to notify if any venue or jurisdictional motions remain unripe for resolution. |
| October 7, 2026 | Plaintiff files a Sur-Reply claim construction brief. |
| October 9, 2026 | Parties submit Joint Claim Construction Statement and email the law clerks an editable copy.<br><br>*See* General Issues Note #7 regarding providing copies of the briefing to the Court and the technical advisor (if appointed). |
| October 14, 2026 | Parties submit optional technical tutorials to the Court and technical advisor (if appointed). |
| October 21, 2026 (or as soon as practicable)[2] | *Markman* Hearing at 9:00 a.m. This date is a placeholder and the Court may adjust this date as the *Markman* hearing approaches. |
| October 22, 2026 | Fact Discovery opens; deadline to serve Initial Disclosures per Rule 26(a). |
| November 10, 2026 | Deadline to add parties. |
| November 24, 2026 | Deadline to serve Final Infringement and Invalidity Contentions. After this date, leave of Court is required for any amendment to |

---

[1] Any party may utilize a rebuttal expert in response to a brief where expert testimony is relied upon by the other party.

[2] All deadlines hereafter follow the original *Markman* hearing date and do not change if the Court delays the *Markman* hearing.

| | infringement or invalidity contentions. This deadline does not relieve the parties of their obligation to seasonably amend if new information is identified after initial contentions. |
|---|---|
| January 19, 2027 | Deadline to amend pleadings. A motion is not required unless the amendment adds patents or patent claims. (Note: This includes amendments in response to a 12(c) motion.) |
| March 30, 2027 | Deadline for the first of two meet and confers to discuss significantly narrowing the number of claims asserted and prior art references at issue. Unless the parties agree to the narrowing, they are ordered to contact the Court's law clerk to arrange a teleconference with the Court to resolve the disputed issues. |
| April 27, 2027 | Close of Fact Discovery. |
| May 4, 2027 | Opening Expert Reports. |
| June 1, 2027 | Rebuttal Expert Reports. |
| June 22, 2027 | Close of Expert Discovery. |
| June 29, 2027 | Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. If it helps the parties determine these limits, the parties are encouraged to contact the Court's law clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |
| July 8, 2027 | Dispositive motion deadline and *Daubert* motion deadline.<br><br>*See* General Issues Note #7 regarding providing copies of the briefing to the Court and the technical advisor (if appointed).<br><br>Deadline for parties desiring to consent to trial before the magistrate judge to submit Form AO 85, "Notice, Consent, And Reference Of A Civil Action To A Magistrate Judge," available at https://www.uscourts.gov/forms/civilforms/notice-consent-and-reference-civil-action-magistratejudge. |
| July 20, 2027 | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, deposition designations). |
| August 3, 2027 (8 weeks before trial) | Parties to jointly email the Court's law clerk (*See* OGP at 1) to confirm their pretrial conference and trial dates. |

| August 3, 2027 | Serve objections to pretrial disclosures/rebuttal disclosures. |
|---|---|
| August 10, 2027 | Serve objections to rebuttal disclosures; file motions *in limine*. |
| August 17, 2027 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, deposition designations); file oppositions to motions *in limine*. |
| August 24, 2027 | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and email the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com.<br><br>Deadline to file replies to motions *in limine*. |
| August 31, 2027 | Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| September 1, 2027 (3 business days before Final Pretrial Conference) | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. |
| September 7, 2027 (or as soon as practicable) | 9AM Final Pretrial Conference. Held in person unless otherwise requested. |
| September 28, 2027 (or as soon as practicable)[3] | 9 AM Jury Selection/Trial. |

SIGNED 05/04/2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

[3] If the actual trial date materially differs from the Court's default schedule, the Court will consider reasonable amendments to the case schedule post-*Markman* that are consistent with the Court's default deadlines in light of the actual trial date.